# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

U.S. COURT OF APPEALS
RECEIVED
10TH CIRCUIT
2025 JUL 21 AM 9: 53

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 11, 2025

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

> Re: Mathew Grashorn
> v. Wendy Love, et al.
> Application No. 25A41
> (Your No. 23-1397)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Gorsuch, who on July 11, 2025, extended the time to and including August 20, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Vincent Gregory Levy
Holwell Shuster & Goldberg, LLP
425 Lexington Avenue
14th Floor
New York, NY 10017

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



quadient
FIRST-CLASS MAIL
IMI
$000.74°
07/15/2025 ZIP 20543
043M31266310
US POSTAGE

Scanned by US Marshal