# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 22, 2025

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: Mathew Grashorn
v. Wendy Love, et al.
No. 25-216
(Your No. 23-1397)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 20, 2025 and placed on the docket August 22, 2025 as No. 25-216.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst